STEVEN H. SPIEGELMAN (SBN 171393)
703 Second Street, Suite 401
Santa Rosa, California 95404-6505
Telephone: (707) 575-1103
Fax: (707) 575-0905

Attorney for Defendant
RANDALL ASH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>RANDALL ASH,<br><br>   Defendant. | Case No.: CR 13-00317 EMC<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING**<br><br>Sentencing Date: December 11, 2013<br>Time: 2:30 p.m.<br>Dept.: Courtroom 5, Honorable Edward M. Chen |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for December 11, 2013, at 2:30 p.m., **may be continued to January 29, 2013, at 2:30 p.m.**

The continuance is requested by counsel for Defendant, RANDALL ASH, so that MR. ASH may be interviewed by Probation Officer Charlie Mabie in preparation of a presentencing report. Attempts to schedule this interview have been ongoing and unsuccessful.

Dated: December 5, 2013                         Respectfully submitted,

                                                **LAW OFFICE OF STEVE H. SPIEGELMAN**




                                                        /s/ Steve H. Spiegelman
                                                STEVE H. SPIEGELMAN
                                                Attorney for Randall Ash

Dated: December 5, 2013

/s/ Stacey P. Geis
STACEY P. GEIS
Assistant United States Attorney

# ORDER

-----

**IT IS SO ORDERED**. Time is excluded in the interests of justice pursuant to 18 U.S.C.§3161 (h)(7)(A) and (B).

Dated: 12/9/13

GRANTED

[Signature: Judge Edward M. Chen]

EDWARD M. CHEN,
DISTRICT COURT,
OF CALIFORNIA